IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                          Case No. 3:16-cr-101-MCR

JEFFREY MASON BAISCH

_____/

## STATEMENT OF FACTS

This statement of facts is submitted on behalf of the undersigned parties. All parties agree that if the above-styled case were to go to trial, the government could produce competent, substantial evidence of the following facts to prove the Defendant is guilty of the offenses charged in the Indictment to which the Defendant is pleading guilty. The parties further agree that not all of the facts known from or related to this investigation are contained in this brief summary.

On February 10, 2016, Escambia County sheriff's deputies responded to America's Best Value Inn at 7194 Pensacola Blvd., Pensacola, Florida, in reference to a call for service. On scene, a deputy made contact with a manager who advised that the occupants of room #202 had not paid their bill and that the room was considered in default and would be re-rented.

1

The manager stated that upon the cleaning crew entering the room, they observed the safe with the door open and it contained several firearms, a prescription pill on a digital scale, and hypodermic needles. Deputies obtained a search warrant for the room and recovered two .38 caliber revolvers, a semi-automatic .45 caliber handgun, a digital scale, five rounds of .38 caliber ammunition, a glass container with new and unused gram baggies, a small quantity of crack cocaine, two Oxycodone prescription pills, and a small quantity of methamphetamine.

The hotel manager provided two rental receipts for room #202. On February 2, 2016, T.C. rented the room, singed her name, and put her home address. The second receipt dated February 5, 2016 indicates the room was rented by T.P. with a different home address, and this time the signature reads "Jeff M Baisch". This receipt indicates the room was rented from February 5th through February 9th, and cash was paid daily. Also located in room #202 was a large burgundy glass candle with the words Crimson Tide and Jeffrey on it, as well as a rental receipt from Martinique on the Bayou condos in Pensacola from April 2015 through September 2015 which indicated the name Jeff Baisch.

All three firearms were swabbed for DNA. The mixtures of DNA on two of the firearms were insufficient to determine any match; however, on one of the .38 caliber revolvers, Jeffrey Mason Baisch (hereinafter "BAISCH") was determined to be the major donor of the mixture.

T.C. was located by law enforcement and interviewed. T.C. admitted that she rented the hotel room for BAISCH because he did not have a driver's license, and that BAISCH paid for the room. T.C. stated that she and a few of BAISCH's other friends helped BAISCH move into the hotel room.

An ATF firearms expert examined the firearms and made the following findings: the Taurus .38 SPL revolver was manufactured in Brazil; the Arms Corp of the Philippines .38 caliber revolver was manufactured in the Philippines; and, the HiPoint-Haskell .45 ACP caliber pistol was manufactured in Ohio. The HiPoint .45 ACP caliber pistol contained 9 rounds of ammunition, and 5 additional rounds of .38 caliber ammunition was recovered. It was determined 8 rounds of Winchester .45 auto ammunition was manufactured in East Alton, Illinois; 1 round of Hornady .45 auto ammunition was manufactured in Grand Island, Nebraska; and 5 rounds of Hornady .38 SPL ammunition was manufactured in Grand Island, Nebraska.

The recovery of these items in Florida establishes they traveled in interstate and foreign commerce.

BAISCH is prohibited from possessing a firearm due to the following felony convictions:

- In the Circuit Court In And For Santa Rosa County, Florida, Case #91-023-CFA, dated September 29, 1992 for Principle To False Imprisonment (F) and Principle To Shooting Into An Occupied Building (F);
- In the Circuit Court In And For Escambia County, Florida, Case #01-4534-CFA-01, dated January 10, 2002 for Sell, Manufacture, Deliver, or Possess With The Intent To Sell, Manufacture, or Deliver A Controlled Substance (Cocaine) (F);
- In the Circuit Court in and for Escambia County, Florida, Case #02-4663CFB, dated September 15, 2005 for Grand Theft Auto (F3);
- In the Circuit Court in and for Escambia County, Florida, Case #05-2902-CFA, dated October 19, 2005 for Possession of Controlled Substance (F3); and,
- In the Circuit Court in and for Escambia County, Florida, Case #2010-CF-003424-A, dated January 31, 2013 for Possession of Controlled Substance (F).

According to the State of Florida, Office of Executive Clemency, there is no record of restoration of civil rights for BAISCH relative to owning, possessing or using a firearm.

On December 22, 2016, ATF agents received a tip that BAISCH, a fugitive, would be staying at the Hampton Inn located on Highway 98 in Gulf

4

Breeze, Florida. ATF agents set up surveillance in the hotel parking lot at approximately 12:30pm. Agents also approached hotel employees and learned that A.L. rented room 301. A.L. is a known associate of BAISCH.

At approximately 2:30am, BAISCH was observed leaving room 301, go into the parking lot, and enter the driver's seat of a Ford Fusion. Agents immediately approached BAISCH to take him into custody.

As agents approached the driver's side window, ~~they noticed~~ agents perceived BAISCH drop an object to the floorboard. BAISCH was immediately removed from the vehicle and agents observed a Ruger pistol in plain view on the driver's side floorboard. A black bag that had been carried by BAISCH was located on the front passenger seat, and agents recovered a small amount of heroin, methamphetamine, prescription medication, small plastic baggies, a glass pipe and a digital scale.

BAISCH stated that A.L. was in room 301 and provided agents with a key. After a consent search, agents recovered another .380 caliber pistol. BAISCH gave a lengthy statement to law enforcement. In part, BAISCH stated he always carries a firearm so he doesn't get hurt, but he doesn't pull it on anyone. BAISCH stated that the firearm recovered from the Ford Fusion floorboard "didn't even have a clip". BAISCH further stated that the firearm

in room 301 did not have any bullets, and that T.B. brought him the firearm the night before.

An ATF firearms expert examined the two firearms and made the following findings: the Ruger 9mm pistol was manufactured in Connecticut; and, the Bryco Arms .380 caliber pistol was manufactured in California.

### ELEMENTS OF THE OFFENSE-COUNTS I AND II

(1) The Defendant knowingly possessed a firearm in or affecting interstate and foreign commerce; and

(2) Before possessing the firearm, the Defendant had been convicted of a felony-a crime punishable by imprisonment for more than one year.

Respectfully Submitted,

CHRISTOPHER P. CANOVA
United States Attorney

_____      _____
Randall Lockhart                             James M. Ustynoski
Counsel for Defendant               Pennsylvania Bar No. 78755
                                               Assistant U.S. Attorney
                                               Northern District of Florida
                                               21 East Garden Street, Ste. 400
                                               Pensacola, Florida 32502

4-18-17                                                   4/24/17
_____      _____
Date                                                     Date

X_____    X____4-18-17_____
Jeffrey Mason Basch                     Date
Defendant