# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

      **Plaintiff**

vs.                                            Case No.   **3:16cr101-MCR**

**JEFFREY MASON BAISCH**

      **Defendant**

_____/

## **DECLARATION OF PUBLICATION**

Notice of Forfeiture was posted on www.forfeiture.gov, an official government Internet site, for at least 30 consecutive days, beginning on July 1, 2017, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The posted Notice is attached as Attachment 1.

Executed this 25th day of September, 2017.

                                Respectfully submitted,

                                CHRISTOPHER P. CANOVA
                                United States Attorney

                                ***/s/ James Ustynoski***
                                JAMES USTYNOSKI
                                Assistant U.S. Attorney
                                Pennsylvania Bar # 78755
                                21 E. Garden Street, Suite 400
                                Pensacola, FL   32502
                                (850) 444-4000