# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# COURT CASE NUMBER: 3:16CR101; NOTICE OF FORFEITURE

Notice is hereby given that on June 29, 2017, in the case of <u>U.S. v. JEFFREY MASON BAISCH</u>, Court Case Number 3:16CR101, the United States District Court for the Northern District of Florida entered an Order condemning and forfeiting the following property to the United States of America:

Taurus R351 revolver CAL:38 SN:IS28538 (16-ATF-027525) which was seized from Jeffrey Baisch on February 10, 2016, in Pensacola, FL

Armscor of the Philippines (Squires Bingham) FSR38 revolver CAL:38 SN:FSR1251894 (16-ATF-027526) which was seized from Jeffrey Baisch on February 10, 2016, in Pensacola, FL

Haskell (Mfgr) JHP pistol CAL:45 SN:X4104004 (16-ATF-027527) which was seized from Jeffrey Baisch on February 10, 2016, in Pensacola, FL

14 Rounds Assorted Ammunition CAL:unknown (16-ATF-027528) which was seized from Jeffrey Baisch on February 10, 2016, in Pensacola, FL

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (July 01, 2017) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 100 North Palafox Street, Pensacola, FL  32502, and a copy served upon Assistant United States Attorney Corey Smith, 21 East Garden Street, Suite 300, Pensacola, FL  32502. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

Attachment 1



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between July 1, 2017 and July 30, 2017. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. JEFFREY MASON BAISCH

**Court Case No:** 3:16CR101
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 07/01/2017 | 24.0 | Verified |
| 2 | 07/02/2017 | 24.0 | Verified |
| 3 | 07/03/2017 | 24.0 | Verified |
| 4 | 07/04/2017 | 24.0 | Verified |
| 5 | 07/05/2017 | 24.0 | Verified |
| 6 | 07/06/2017 | 24.0 | Verified |
| 7 | 07/07/2017 | 24.0 | Verified |
| 8 | 07/08/2017 | 24.0 | Verified |
| 9 | 07/09/2017 | 24.0 | Verified |
| 10 | 07/10/2017 | 24.0 | Verified |
| 11 | 07/11/2017 | 24.0 | Verified |
| 12 | 07/12/2017 | 24.0 | Verified |
| 13 | 07/13/2017 | 24.0 | Verified |
| 14 | 07/14/2017 | 24.0 | Verified |
| 15 | 07/15/2017 | 24.0 | Verified |
| 16 | 07/16/2017 | 24.0 | Verified |
| 17 | 07/17/2017 | 24.0 | Verified |
| 18 | 07/18/2017 | 24.0 | Verified |
| 19 | 07/19/2017 | 24.0 | Verified |
| 20 | 07/20/2017 | 24.0 | Verified |
| 21 | 07/21/2017 | 24.0 | Verified |
| 22 | 07/22/2017 | 24.0 | Verified |
| 23 | 07/23/2017 | 24.0 | Verified |
| 24 | 07/24/2017 | 24.0 | Verified |
| 25 | 07/25/2017 | 24.0 | Verified |
| 26 | 07/26/2017 | 24.0 | Verified |
| 27 | 07/27/2017 | 24.0 | Verified |
| 28 | 07/28/2017 | 24.0 | Verified |
| 29 | 07/29/2017 | 24.0 | Verified |
| 30 | 07/30/2017 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.